Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Baseball Quick, LLC    v.    MLB Advanced Media, L.P.

No. 15-1403

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✔] As counsel for: Baseball Quick, LLC
                                  Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | James M. Bollinger |
| Law firm: | Troutman Sanders LLP |
| Address: | 405 Lexington Ave. |
| City, State and ZIP: | New York, NY 10174 |
| Telephone: | (212) 704-6113 |
| Fax #: | (212) 704-5954 |
| E-mail address: | james.bollinger@troutmansanders.com |

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2/11/1991

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 03/16/2015 | /s/ James M. Bollinger |
|---|---|
| Date | Signature of pro se or counsel |

cc: Counsel (per Certificate of Service attached)

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on March 16, 2015, by e-mail and FedEx at the following address:

Cynthia J. Rigsby
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
crigsby@foley.com

| | |
|---|---|
| James M. Bollinger | /s/ James M. Bollinger |
| name of counsel | signature of counsel |

TROUTMAN SANDERS LLP
405 Lexington Ave.
New York, NY 10174
Tel.:    212-704-6000
Fax:    212-704-6288
Email: james.bollinger@troutmansandes.com