**Form 8**

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Baseball Quick, LLC    v.    MLB Advanced Media, L.P.

No. 15-1403

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se        [✔] As counsel for:    Baseball Quick, LLC
                                          Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✔] Appellant    [ ] Appellee       [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Timothy Heaton |
| Law firm: | Troutman Sanders LLP |
| Address: | 405 Lexington Ave. |
| City, State and ZIP: | New York, NY 10174 |
| Telephone: | (212) 704-6417 |
| Fax #: | (212) 704-8383 |
| E-mail address: | timothy.heaton@troutmansanders.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 4/11/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

03/16/2015                                    /s/ Timothy Heaton
Date                                          Signature of pro se or counsel

cc: Counsel (per Certificate of Service attached)

123

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## **CERTIFICATE OF SERVICE**

I certify that I served a copy on counsel of record on March 16, 2015, by e-mail and FedEx at the following address:

Cynthia J. Rigsby
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
crigsby@foley.com


| Timothy P. Heaton | /s/ Timothy P. Heaton |
|---|---|
| name of counsel | signature of counsel |

TROUTMAN SANDERS LLP
405 Lexington Ave.
New York, NY 10174
Tel.:　212-704-6000
Fax:　212-704-6288
Email: timothy.heaton@troutmansandes.com