Form 8

**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Baseball Quick, LLC  v. MLB Advanced Media, L.P.

No. 15-1403

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✔] As counsel for:   Baseball Quick, LLC
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Phoenix S. Pak |
| Law firm: | Troutman Sanders LLP |
| Address: | 405 Lexington Ave. |
| City, State and ZIP: | New York, NY 10174 |
| Telephone: | (212) 704-6259 |
| Fax #: | (212) 704-6288 |
| E-mail address: | phoenix.pak@troutmansanders.com |

Statement to be completed by counsel only (select one):

[ ]  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ]  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔]  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/4/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✔] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 03/16/2015 | /s/ Phoenix S. Pak |
| Date | Signature of pro se or counsel |

cc: Counsel (per Certificate of Service attached)

123

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF SERVICE

 I certify that I served a copy on counsel of record on March 16, 2015, by e-mail and FedEx at the following address:

 Cynthia J. Rigsby
 FOLEY & LARDNER LLP
 777 East Wisconsin Avenue
 Milwaukee, WI 53202-5306
 crigsby@foley.com


| Phoenix S. Pak | */s/ Phoenix S. Pak* |
|---|---|
| name of counsel | signature of counsel |


TROUTMAN SANDERS LLP
405 Lexington Ave.
New York, NY 10174
Tel.:     212-704-6000
Fax:     212-704-6288
Email: phoenix.pak@troutmansanders.com