**Form 8**

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Baseball Quick, LLC    v. MLB Advanced Media, L.P.

No. 15-1403

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Baseball Quick, LLC
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Joshua A. Berman |
| Law firm: | Troutman Sanders LLP |
| Address: | 405 Lexington Ave. |
| City, State and ZIP: | New York, NY 10174 |
| Telephone: | (212) 704-6198 |
| Fax #: | (212) 704-6288 |
| E-mail address: | joshua.berman@troutmansanders.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 24, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 03/25/2015 | /s/ Joshua Berman |
| Date | Signature of pro se or counsel |

cc: Counsel (per Certificate of Service attached)

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on March 25, 2015, by: Electronic Means (by e-mail or CM/ECF).

| | |
|---|---|
| Joshua A. Berman | /s/ Joshua A. Berman |
| name of counsel | signature of counsel |

TROUTMAN SANDERS LLP
405 Lexington Ave.
New York, NY 10174
Tel.:   212-704-6000
Fax:   212-704-6288
Email: joshua.berman@troutmansandes.com